### A97A1004. SERPENTFOOT v. SALMON et al.
(483 SE2d 927)

McMURRAY, Presiding Judge.

Serpentfoot, a county prisoner formerly known as Anne Clay Otwell, filed a petition entitled, "Motion and Citation for Contempt," against a trial court judge and an assistant district attorney and a county attorney (defendants), seeking to have defendants charged with criminal offenses and held in contempt for treating her present name as an alias in an unrelated criminal proceeding. A different trial judge dismissed Serpentfoot's petition, pursuant to OCGA § 9-15-2 (d), finding it insufficient to present any justiciable issue of law or fact. This direct appeal followed. *Held*:

The Prison Litigation Reform Act of 1996 provides that "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35." OCGA § 42-12-8. The case sub judice is subject to this provision because Serpentfoot filed her "Motion and Citation for Contempt" and her notice of appeal while a county prisoner. See OCGA § 42-12-3 (4). Since Serpentfoot has not followed the discretionary appeal procedure provided in OCGA § 5-6-35, we have no jurisdiction to consider this appeal. *Botts v. Givens* 223 Ga. App. 139 (476 SE2d 816); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57). Accordingly, we must dismiss Serpentfoot's appeal.

*Appeal dismissed. Beasley and Smith, JJ., concur.*

DECIDED MARCH 13, 1997 —

Serpentfoot, *pro se.*

*Tambra P. Colston, District Attorney, Leigh E. Patterson, Assistant District Attorney, Wade C. Hoyt III*, for appellees.